### DOVE & COMPANY *v.* STEWART & SON.

CANDLER, J.  1.  The verdict was not void for uncertainty, and any formal defects therein were cured by the action of the plaintiff in voluntarily writing off a sufficient amount to reduce the verdict to a sum authorized by the evidence.

2.  The undisputed evidence, and the admissions of one of the defendants, demanded a finding for the plaintiff; and there were no errors in the admission of evidence of sufficient importance to require the grant of a new trial.                    *Judgment affirmed. All the Justices concur.*

Argued October 13,—Decided October 31, 1903.

Complaint — appeal.  Before Judge Felton.  Bibb superior court. August 10, 1903.

The action was for $98.43 alleged to be due on account of loss of weight in cotton bought by the plaintiffs from the defendants. The verdict was:  " We, the jury, find for the plaintiff for $98.43 with interest from demand."   One of the grounds of the defendants' motion for a new trial was that the verdict was indefinite and uncertain, and that no valid judgment could be based on it, because it did not show the amount of principal and interest found by the jury.   A note by the court states that " plaintiff wrote off the judgment for an amount that reduces verdict and judgment to the sum of $95.45."   According to the plaintiffs' evidence, this was the amount due by the defendants.

*M. Felton Hatcher* and *Richard Curd*, by *W. H. Harris*, for plaintiffs in error.  *Arthur L. Dasher*, contra.